No. 75–151. GREENLEE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–157. LIEBERT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–163. CALIFORNIA & HAWAIIAN SUGAR CO. ET AL. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–211. DALTON v. INDIANA REFRIGERATOR LINES, INC. C. A. 6th Cir. Certiorari denied.

No. 75–230. LOVATO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–244. BRAVERMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–274. BIBBS, ADMINISTRATOR, ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 75–343. DISTRICT 153, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.